IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AFSCME HEALTH AND WELFARE
FUND, on behalf of itself and
All others similarly situated,

    Plaintiff,

v.                              Civil Action No. 3:14cv482

PFIZER, INC., et al.,

    Defendants.

### ORDER

Having reviewed the plaintiff's MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) (Docket No. 7) and the memorandum in support thereof, it is hereby ORDERED that the plaintiff's MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) (Docket No. 7) is granted. It is further ORDERED that the Clerk shall transfer this action to the Norfolk Division. This Court declines to entertain the request that the plaintiff raises in its MEMORANDUM OF LAW IN SUPPORT OF MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) (Docket No. 8) to coordinate this action with <u>American Sales Company, LLC v. Phfizer, Inc., et al.</u>, Civil Action No. 2:14cv361. Counsel is advised that any motion for coordination may be filed once the action has been transferred.

The Clerk is directed to send a copy of this Order to the Honorable Arenda L. Wright Allen.

It is so ORDERED.

                                                      /s/
                                        Robert E. Payne
                                        Senior United States District Judge

Richmond, Virginia
Date: August 4, 2014